# ORIGINAL

**District Court of the United States**

**Middle district of Pennsylvania**

\* Corey Lorenzo Woodfolk,

        Petitioner,

v.

DONALD ROMINE,

        Respondent,

**FILED**
**HARRISBURG, PA**

JUN 0 4 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Case No. 1:01-cv-00867

Before Judge: Yvette Kane

**Motion to Amend the pleadings**
pursuant to Fed.R.Civ.P. Rule
15(a)(c);

Comes Now, Petitioner (**Corey Lorenzo Woodfolk**), hereinafter Petitioner, in

the above entitled case, by Special Visitation, in propria persona, and moves this

Honorable court to take notice of the amended pleadings necessary to do substantial

justice. Petitioner asserts that all claims, assertions, and relief requested

therein his original habeas corpus petition filed in this court — claim I & II,

are reasserted and maintained. Such reasserted pleadings of the original complaint

is adopted by reference, Rule 10(c) — claims I & II. Relation back is asserted.

Grounds in Support of this motion:

1. The Habeas Corpus Act provides that an application for a writ of habeas corpus

"shall be in writing signed and verified by the person for whose relief it is in-

tended or by someone acting in his behalf, ...". Accordingly, through oversight,

Petitioner's original petition as filed, is devoid of statutory "verification";

in as much, such verification, now asserted, is necessary to comply with statutory

provisions.

**Amended pleading:**

1. State of <u>Pennsylvania</u> )
    County of <u>Union</u>    ) ss:
                )

1.

Corey Lorenzo Woodfolk, hereinafter (**Affiant**), being first duly sworn, hereby depose and says that I am currently held at United States Penitentiary Lewisburg, Pennsylvania; that I am the Petitioner herein; and have first hand knowledge of the facts herein asserted; competent to testify thereto; and that I have read and procured the foregoing complaint —— the original habeas corpus petition and knows the contents thereof and that the same are true, correct, and complete to the best of My knowledge and as to those matters I believe them to be true; and that this Affiant is held under penalty of perjury, So help [M]e God.

Dated and Signed this 30th day of May, Anno domini 2001, at Lewisburg, county of Union, Pennsylvania state Republic;

**Witness My Hand:**

\* *Corey Lorenzo Woodfolk*
Corey Lorenzo Woodfolk
c/o Post Office Box [1000],
Lewisburg; near [17837], Pennsylvania

**In Witness Thereto**, a living human being —— enlightened by grace \*, whose Spiritual Name is, Corey Lorenzo Woodfolk, came before me on this ____ day of _____, Anno domini 2001, and deposed and affirmed under penalty of perjury, that all facts and assertions herein are true, correct, and complete, as set forth herein and therein his original habeas corpus petition and that he knows the same to be true;

**Witness My Hand and Seal** _____
                    Notary Public          B. True, Case Manager    5/30/01
                                  Authorized by the Act of July 7, 1995,
                                  as amended, to administer oaths (18 USC 4004).

[My commission expires on _____]

**Note:** Petitioner has not as of this 30th day of May, received notification as to whether the court has ordered the Respondent to respond; consequently, if such is the case, this Motion should be read as a Motion to Amend by leave of the court. This motion is a relation back of amendments, Rule 15(c).

2.