District Court of the United States
Middle district of Pennsylvania

File Number 01-CV-867

\* Corey Lorenzo Woodfolk, Petiitoner :

v.

UNITED STATES OF AMERICA, Respondent :
DONALD ROMINE,

Notice of Appeal

FILED
HARRISBURG
JUN 14 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Notice is hereby given that, Corey Lorenzo Woodfolk, (Petitioner) in the above entitled case, hereby appeal to the United States Circuit Court of Appeals for the 3rd Circuit (from an Order, i.e., denying Petitioner's petition for Writ of Habeas Corpus, entered in this action by the Honorable Yvette Kane, on the 8th day of June, Anno domini 2001.

Dated this 11th day of June, Anno domini 2001.

\* *Corey Lorenzo Woodfolk*
Corey Lorenzo Woodfolk
c/o Post Office Box [1000],
Lewisburg; near [17837],
Pennsylvania