(7)

6-22-0

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

COREY LORENZO WOODFOLK
Petitioner/Appellant
v.

Dist. Ct. Docket # 1:CV-01-0867

(Judge Yvette Kane)

DONALD ROMINE, Agent of the United States of America
Respondent/Appellee

Ct. of Appeals Docket # ____________

NOTICE OF APPEAL FILED 06/14/01

COURT REPORTERS: No

FILING FEE:

| | | | |
|---|---|---|---|
| Notice of Appeal | ___ Paid | X Not Paid | ___ Seaman |
| Docket Fee | ___ Paid | X Not Paid | ___ US or Govt. |

RECEIVED U.S.C.A. 3rd. CIR. JUN 18 2001

CJA Appointment: (Attach copy of order) N/A
___Private Attorney
___Defender Association or Federal Public Defender
___Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
___Motion Granted In First Instance
___Denied
___Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)
___Granted
___Denied
___Pending

FILED
HARRISBURG
JUN 21 2001
MARY E. D'ANDREA, CL
Per ______ DEPUTY CLERK

MOTIONS CURRENTLY PENDING : No

COPIES TO:
Judge Yvette Kane
File Copy

Corey Lorenzo Woodfolk
U.S. Atty w/ copy of case file

DATED: June 15, 2001

Virginia Gilmore
Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.

6/19/01