OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4915

pacer.ca3.uscourts.gov

June 20, 2001

NOTICE OF DOCKETING OF APPEAL

**FILED**
HARRISBURG

JUN 2 2 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Woodfolk v. Romine

No(s): 01-cv-00867

(Honorable Yvette Kane)

An appeal by **Corey Lorenzo Woodfolk** was filed in the above-captioned case on 6/14/01, and docketed in this Court on 6/20/01, at No. **01-2568**.

Kindly use the Appeals Docket No. **01-2568** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk