Fri Jun 22 10:03:58 2001

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   111 134189
Cashier       jill

Tender Type  CHECK

Check Number: 0898

Transaction Type   N

DO Code    Div No    Acct
4667        1        086900

Amount         $    105.00

DEBORAH WOODFOLK 2611 GARRISON BLVD.
APT. 2C BALTIMORE, MD 21216

FILING FEE FOR NOTICE OF APPEAL IN 1
:CV-01-867

cn

Fri Jun 22 10:03:58 2001

Check No. 0898
Amount:  105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 5667

FILED
HARRISBURG, PA

JUN 22 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1:CV-01-867

Filing Fee for NOT