

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
*Clerk of Court*

June 15, 2001

(717) 221-392
FAX (717) 221-395

FILED
JUN 2 5 2001
PER _____ HARRISBURG, PA.   DEPUTY CLERK

Marty Carlson, Acting United States Attorney
Room 217, Federal Building
228 Walnut Street
Harrisburg, PA 17108

IN RE: COREY LORENZO WOODFOLK
vs.
DONALD ROMINE, WARDEN
CASE NO. 1:CV-01-0867

Dear Mr. Carlson:

The captioned matter has been dismissed by our court. Service has never been made on the named defendant. An appeal has been filed by the petitioner and is being sent to the U.S. Court of Appeals.

We are forwarding herewith a copy of all of the documents already filed in this case. Kindly acknowledge receipt of same on a copy of this letter.

Very truly yours,

MARY E. D'ANDREA, CLERK

*Virginia Gilmore*

Virginia Gilmore
Deputy Clerk

RECEIPT

Received by: _____   Date: 6/15/01