UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 01-2568

COREY LORENZO WOODFOLK,

Appellant

v.

DONALD ROMINE, Agent of the United States of America

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(M.D. Pa. Civ. No. 01-cv-00867)
District Judge: Honorable Yvette Kane

Submitted Under Third Circuit LAR 34.1(a)
October 14, 2003

Before: ALITO, ROTH and FUENTES, Circuit Judges.

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered June 11, 2001, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

DATED: November 13, 2003

Certified as a true copy and issued in lieu
of a formal mandate on January 5, 2004.

Teste:   *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit