OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

|  |  |  |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4915 |

www.ca3.uscourts.gov

January 5, 2004

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 01-2568**
    **Woodfolk  vs. Romine**
    **D.C. No. 01-cv-00867**

Dear Mrs. D'Andrea:

Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

(X) We return herewith the certified record in the case.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                    Very truly yours,
                                    MARCIA M. WALDRON
                                    Clerk

                              By:   LaToya W. Corprew
                                    Case Manager

Enclosure

cc:
    Mr. Corey Lorenzo Woodfolk
    Matthew E. Haggerty, Esq.
    G. Michael Thiel, Esq.